Argued January 19, affirmed January 28, 1972

STATE OF OREGON, *Respondent, v.*
DAVID CARPENTER, aka CHARLES E.
THOMAS (No. 36094), *Appellant.*

492 P2d 807

*Warren A. Woodruff,* Roseburg, argued the cause for appellant. With him on the brief was George Luoma, Roseburg.

*Doyle L. Schiffman,* District Attorney, Roseburg, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.